UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY A. LEAGUE,

    Plaintiff,

v.                                          CASE NO: 8:10-cv-2311-T-26TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Agreed Motion to Amend the Complaint to Add Party Defendant, ACE Services of NC, Inc. (Dkt. 7) is granted.

2) Plaintiff shall file the proposed amended complaint within five (5) days of the entry of this order and shall effect service of process on the new Defendant as quickly as possible.

3) The Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 5) is denied as moot and without prejudice.

4) The Government shall file its response to the amended complaint within ten (10) days of service.

**DONE AND ORDERED** at Tampa, Florida, on December 13, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record